(INND Rev. 8/16)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

FILED
01/18/2023 WCF
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Acting Clerk

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Daniel Joe Bradley**
[You are the PLAINTIFF, print your full name on this line.]

v. **IDOC.**
**Indiana Departmet of Corrections**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]
**et.al.**

Case Number  3:23-cv-34
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | "IDOC" Indiana Department of Correction | 302 West Washington St Indianapolis Indiana 46204 |
| 2 | Westville Correctional Facilty "WCF" | 5501 S. 1100 W. Westville Indiana 46391 |
| 3 | "Warden" John Galipeau, Individualy and in his offical Capacities | 5501 S. 1100 W. Westville Indiana 46391 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **4**

2. What is the name and address of your prison or jail? **Westville Correctional Facilty 5501 S. 1100 W. Westvill**

3. Did the event you are suing about happen there? ☑ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? **2021 threw 1-16-2023**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

48 A

page 2

Defendants

Mr Robert Carter Jr "Commissioner" Individualy and in his Offical Capacity

302 W. Washington, St Indianapolis Indiana 46204

Defendants

Mr John Galipeau "Warden"

Mr Robert Carter, Jr. "Commissioner"

Is a duly elected offical charged with the safty and socurty of inmates at WCF Westville Correctional Facilty, to ensure compliance with local, state, and fedical Safty, Civil Rights Laws.

(INND Rev. 8/16) page 3

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
  **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
  **DO NOT**: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I'm being forced to live in cruel and unushual conditions at Westville Correctional Facilty. Violating my 8th Amendment Constatutional right.

2. I lived in N2 Dorm Plaster fell from the Celling hitting my head, when by Reflex I skratched my eye when I wiped it I have skar tissiew on my eye.

3. I lived in P1 dorm a huge peace of drywall fell on my head in P1N Bathroom. I was in my bunk. a month hurt. My fingers are stell numb.

4. I lived in 7 dorm sewer water was backed up in bathroom floor for a month.

5. I lived in 8 center there was water built up in the bathroom for 2 months, cold shower in the winter for a month.

6. There are mice every where I've been bit by them why I sleep, they get in my food box eat my food.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

6. There are busted out window Rain, snow come threw wake up wet.

7. Westville Correctional Facilty are Condemed Building have been ordered to be torn down.

8. Westville Correctional Facilty pay fines for Condemed Buildings and House inmates in them.

9. "I.DOC", "W.C.F.", "Commissionar," and the "Warden." Know the living Conditions at Westville Correctiona Facilty. But stell forse Inmates to live in Cruie and Unushual Conditions.

10. Vilolating Daniel Joe Bradley 8th Amendmet Constatutional Rights.

11. I want pictures and work orders for every dorm I've been in. for Evidance

(INND Rev. 8/16)                                                                                           page 5

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ☑ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event did not happen in a prison or jail.
   ○ No, this event is not grievable at the prison or jail where it occurred.
   ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

Grievance Department did not give me a case number said it was not a grievable issue

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

Pay Daniel Joe Bradley 1,000,000.00 for Pain and Suffering Crule and Unushual punishment.

[Initial Each Statement]
   DB  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   DB  I will keep a copy of this complaint for my records.
   DB  I will promptly notify the court of any change of address.
   DB  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __1_/_16_/20_23_ at _9:00_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Daniel J Bradley_                                                    _146720_
Signature                                                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]