AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DANIEL JOE BRADLEY

    Plaintiff

        v.    Civil Action No. 3:23-cv-34

INDIANA DEPARTMENT OF CORRECTIONS
*IDOC*

WESTVILLE CORRECTIONAL FACILITY
*WCF*

JOHN GALIPEAU
*Warden, individualy and in his offical capacities*

ROBERT CARTER, JR
*Mr. Commissioner, Individualy and in his offical capacity*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____

without a jury and the above decision was reached.

**X** decided by   Judge Damon R Leichty.

DATE:   6/22/2023                              CHANDA J. BERTA, CLERK OF COURT

                                                                by       s/N. Corle
                                                                   *Signature of Clerk or Deputy Clerk*